IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLAUDINE MALTAIS,

                                                                                        ORDER

                Plaintiff,

                                                                                        14-cv-22-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

        On remand, an administrative law judge will: (1) update the treatment evidence on plaintiff's medical condition; (2) obtain supplemental evidence from a medical expert to clarify the nature and severity of plaintiff's mental impairment(s); (3) reevaluate the medical source opinions; (4) further consider plaintiff's residual functional capacity; (5) further consider whether plaintiff has past relevant work that she could perform with the limitations established by the evidence; and, if relevant, (6) obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

Entered this 3d day of September, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge