IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLAUDINE MALTAIS,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                         Case No. 14-cv-22-bbc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of plaintiff Claudine Maltais against Carolyn Colvin awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $4,900.

| s/V./ Olmo, Deputy Clerk | 11/13/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |